UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSITAS EDUCATION, LLC,

        Plaintiff,

  -against-

JACK E. ROBINSON, III a/k/a
JACK E. ROBINSON,

        Defendant.

Case No. 17 Misc. 95

## DECLARATION OF SETH L. MARCUS, ESQ., IN OPPOSITION TO PLAINTIFFS' MOTION TO QUASH SUBPOENA TO PAULA K. COLBATH ESQ.

**SETH L. MARCUS, ESQ.**, an attorney admitted to practice law in the courts of the State of New York, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am the attorney for the above captioned defendant, Jack E. Robinson, and submit this declaration in opposition to a Motion to Quash a subpoena requiring the deposition of Paula K. Colbath, Esq.

2. Ms. Colbath was aware well in advance of the meet and confer of March 14, 2017 of the grounds for which defendant was seeking her deposition in this matter. Attached hereto as Exhibit A, is an email chain by which I made her aware by February 7, 2017 as to specifically why we required her deposition. Nor was there anything "vague" on our call as to why defendant was seeking her deposition. Not only did I specifically identify §51 of the *Restatement of Law Governing Lawyers*, I read the applicable provision to her and pointed out that it was the authority that she invoked in support of plaintiffs cause of action for breach of fiduciary duty.

1

3. I also note that as of the date of this filing, plaintiff has still not supplemented its interrogatory responses, rendering it impossible to know whether those supplemental responses would have any effect on the necessity of taking Ms. Colbath's deposition or the topics that would be necessarily covered.

Dated:   White Plains, New York
         April 3, 2017

_____
Seth L. Marcus, Esq.

Exhibit A

# Seth Marcus

| | |
|---|---|
| **From:** | Seth Marcus |
| **Sent:** | Tuesday, February 07, 2017 6:22 PM |
| **To:** | 'Paula Colbath'; Paul S Samson |
| **Cc:** | Leily Lashkari |
| **Subject:** | RE: Universitas v. Robinson |

Paula:

We are seeking your deposition because you are a relevant fact witness. You were representing Universitas during the time period relevant to important defenses and your knowledge potentially impacts those defenses.  Specifically:

1. Regarding statute of limitations, as Universitas' attorney there are issues as to when you became aware of possible claims against Mr. Robinson.
2. Regarding your unique claims relating to breach of fiduciary duty while you were representing Universitas we need discovery on the scope of your representation and when information became available to you to determine whether any alleged trust placed in Mr. Robinson by Universitas was reasonable, whether Universitas was reasonably able to protect its rights given that it was represented by counsel from a prominent New York law firm, and whether a duty to a non-client would have under the circumstances impaired Mr. Robinson's performance of his duty to his client.
3. We reserve our rights to pursue other inquiries to which you may be a source of important factual information.

I cannot imagine what objection you may have to our other deposition notices.  However, if you intend to seek a protective order, I assume you will join these claims for protection as well.  I am still awaiting your response to my letter of January 31 and a time frame for when Univerisitas will be supplementing its production.

Regards, Seth



THE LAW OFFICES OF **SETH L. MARCUS**
777 Westchester Avenue, Suite 101
White Plains, NY 10604

212.686.2555 / seth@slmarcuslaw.com

**Confidentiality Notice:**
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 212-447-7575, and destroy the original transmission and its attachments without reading or saving in any manner.

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

**From:** Paula Colbath [mailto:pcolbath@loeb.com]
**Sent:** Tuesday, February 07, 2017 3:21 PM
**To:** Seth Marcus <seth@slmarcuslaw.com>; Paul S Samson <PSamson@riemerlaw.com>
**Cc:** Leily Lashkari <llashkari@loeb.com>
**Subject:** RE: Universitas v. Robinson

Seth: I write to request that you withdraw your improper "Notice of Deposition" for my deposition that was attached to your email of yesterday's date (see below). For a number of reasons your so-called "Notice of Deposition" is wholly improper and appears to have been served (among other reasons) to annoy, harass, seek pre-action discovery, and/or to set up a fictitious basis to seek my firm's disqualification. Any information I would have would be protected by (among other things) the attorney-client privilege and/or work product doctrine. Please let us know, **by return email today**, whether you will voluntary withdraw your "Notice of Deposition" and, if not, what relevant, non-privileged information you plan to seek from me at deposition that cannot be obtained from some other source. If we do not hear from you today, we will proceed to file a motion for protective order prohibiting the deposition from going forward.

This is a good faith effort to confer with you and your client regarding the "Notice of Deposition" for my deposition, before we proceed with a motion for a protective order.

We are reviewing the other deposition notices attached to your email, and reserve all objections we may have to them.

Regards,

Paula Colbath

**Paula Colbath**
*Partner*
**LOEB & LOEB** LLP
345 Park Avenue | New York, NY 10154
Direct Dial: 212.407.4905 | Fax: 212.937.3189 | E-mail: pcolbath@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Seth Marcus [mailto:seth@slmarcuslaw.com]
**Sent:** Monday, February 06, 2017 4:31 PM
**To:** Paula Colbath; Paul S Samson
**Subject:** Universitas v. Robinson

2

Paul/Paula:

Attached please find Defendant's deposition notices in the above referenced matter. Also I am still awaiting your response to my letter of January 31. By what date do you intend to supplement your responses to Defendant's demands?

Regards, Seth



THE LAW OFFICES OF **SETH L. MARCUS**
777 Westchester Avenue, Suite 101
White Plains, NY 10604

212.686.2555 / seth@slmarcuslaw.com

**Confidentiality Notice:**
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 212-447-7575, and destroy the original transmission and its attachments without reading or saving in any manner.

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)